## IN THE CIRCUIT COURT OF HANCOCK COUNTY

ELLEN S. CAILLOUET            PLAINTIFF

VERSUS            CIVIL ACTION NO. 21-0126

SILVER SLIPPER CASINO VENTURE LLC            DEFENDANT

...............................................................................

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   **SILVER SLIPPER CASINO VENTURE LLC**
      Through its agent for service of process
      Business Filings International, Inc.
      645 Lakeland East Driver, Suite 101
      Flowood, MS 39232

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Lauren Cavalier of Dudley DeBosier Injury Lawyers, the attorney for the Plaintiffs), whose post office address and street address is 1075 Government Street, Baton Rouge, LA 70802. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this ___9th___ day of ___Sept___ 2021.

Clerk of Hancock County, Mississippi

(Seal)

1

EXHIBIT A

IN THE CIRCUIT COURT OF HANCOCK COUNTY

ELLEN S. CAILLOUET                          PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 21-0126

SILVER SLIPPER CASINO VENTURE LLC       DEFENDANT

FILED SEP 09 2021 KENDRA NECAISE CIRCUIT CLERK, HANCOCK CO. BY_____ D.C.

## COMPLAINT
### Trial by Jury Requested

Comes now Plaintiff, ELLEN S. CAILLOUET, and files this her complaint against the Defendant, SILVER SLIPPER CASINO VENTURE LLC and in support thereof would respectfully show unto the Court the following facts to-wit:

### PARTIES

1. Plaintiff, ELLEN S. CAILLOUET, is an adult resident citizen of St. Tammany Parish, Louisiana.

2. Defendant **SILVER SLIPPER CASINO VENTURE LLC,** (hereinafter "SILVER SLIPPER"), or in the alternative, an affiliate thereof, upon information and belief, is a foreign corporation, authorized to do and doing business in the State of Mississippi, with its agent for service of process being Business Filings International, Inc., 645 Lakeland East Driver, Suite 101, Flowood, MS 39232.

### JURISDICTION AND VENUE

3. Jurisdiction and venue are proper in Hancock County Circuit Court. The Hancock County Circuit Court has *in personam* jurisdiction over Defendant because the negligent acts and omissions of Defendant were committed in whole or in part in the State of Mississippi.

4. Venue is proper in Hankcock County, Mississippi, pursuant to Miss. Code Ann. §11-11-3 since the alleged acts of the negligence occurred in Hancock County.

1

## FACTS

5. On or about May 1, 2021, Plaintiff, ELLEN S. CAILLOUET was a patron on the premises of SILVER SLIPPER, in Biloxi, Mississippi.

6. At or about the time and place alleged above, Plaintiff was walking to her car located in the garage of SILVER SLIPPER.

7. Plaintiff tripped and fell on a hazardous condition in the parking lot at SILVER SLIPPER.

8. At all material times, SILVER SLIPPER, through the actions of its employees, had actual or constructive knowledge of the hazardous condition of the parking lot.

9. SILVER SLIPPER, through the actions of its employees, created the dangerous or hazardous condition.

10. The presence of the hazardous condition in the parking garage of the SILVER SLIPPER presented an unreasonable risk of harm to patrons, such as Plaintiff.

11. The risk of harm was reasonably foreseeable to SILVER SLIPPER.

12. SILVER SLIPPER failed to exercise reasonable care in light of their knowledge of the hazardous condition that caused the damage alleged herein.

## NEGLIGENCE OF DEFENDANT

13. This incident was caused by the fault and negligence of the Defendant, SILVER SLIPPER, in the following non-exclusive respects:

   a. By failing to maintain their premises in a safe condition;

   b. By failing to warn Plaintiff of the unsafe condition;

   c. By failing to inspect the area and/or to remove such hazards;

   d. By creating the dangerous condition that injured Plaintiff;

2

e. By failing to remove or repair the hazardous condition in the parking garage;

f. By failing to prevent Plaintiff from entering into what defendant knew or should have known was an unsafe area;

g. By failing to follow their casino policies and procedures;

h. Gross negligence and a willful, wanton and/or reckless disregard for the safety of patrons such as Plaintiff; and

i. Other acts of negligence that were the cause of this incident and will be shown at the trial of this matter.

## DAMAGES

14. Solely as a result of the negligence of the Defendant, ELLEN S. CAILLOUET has sustained the following non-exclusive elements of damages:

   a. Physical pain and suffering (past, present, and future);

   b. Mental anguish (past, present, and future);

   c. Loss of enjoyment of life (past, present, and future);

   d. Disfigurement and disability;

   e. Medical Expenses (past, present, and future);

   f. Lost Wages/Earnings (past and future);

   g. Loss of earning capacity; and

   h. Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

## PUNITIVE DAMAGES

15. Plaintiff asserts the acts of Defendant were willful, wanton, malicious and grossly negligent. Plaintiff requests punitive damages from Defendant.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, ELLEN S. CAILLOUET, demands judgment of and from Defendant, SILVER SLIPPER CASINO VENTURE LLC, and requests that this Honorable Court award damages against the Defendant to the Plaintiff for all past and future medical expenses, physical injuries, past pain, suffering, and mental anguish, lost earnings, travel expenses, loss of earning capacity, and other damages both general and specific, in an amount to be determined, reasonably believed to be in excess of this Court's jurisdictional minimum. Plaintiff further prays for punitive damages from the Defendant due to the willful, wanton and grossly negligent actions of the Defendant and Plaintiff prays for general relief along with all attorney's fees, costs, and expenses incurred in bringing this action, and such other equitable relief that this Honorable Court deems appropriate.

This the 1 day of September, 2021.

Respectfully Submitted:

DUDLEY DeBOSIER, P.L.C.

BY: _____
LAUREN CAVALIER, Bar Roll No. 105114
*Counsel for Plaintiff, ELLEN S. CAILLOUET*

OF COUNSEL:

**DUDLEY DeBOSIER PLC**
1075 Government, St.
Baton Rouge, Louisiana 70802
Telephone:   (225) 478-4242
Facsimile:    (225) 478-4292
lcavalier@dudleydebosier.com

4